UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE and "AMY," individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the co-executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>Defendant. | Case No: 1:26-cv-08047<br><br>[PROPOSED] ORDER |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY**

THIS MATTER, having come before the Court on the Plaintiffs' Motion permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously; and the court having reviewed the following pleadings:

1. Plaintiffs' Motion to Proceed Anonymously;

2. The Declarations of Jennifer Freeman and Margaret E. Mabie;

3. Any responsive pleadings filed by Defendant;

The Court finds on the basis of specific facts that the Plaintiffs have established good cause in support of their motion to proceed anonymously, it is hereby

ORDERED that Plaintiffs' Motion to Proceed Anonymously is GRANTED.

____________________________________
UNITED STATES DISTRICT JUDGE

DATED: This _____ day of September, 2026.