USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

JANE DOE, *et al.*,

Plaintiffs,

-v -

DARREN K. INDYKE, *et al.*,

Defendants.

----------------------------------------------------------------- X

1:26-cv-8047-GHW

ORDER REFERRING CASE TO MAGISTRATE JUDGE

The above entitled action is referred to a United States magistrate judge for the following purpose:

_X_ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute: ________________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ______________

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)

Purpose: ________________________

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Specific motion: ________________________

All such motions: ___

SO ORDERED.

Dated: September 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge