Hughes Hubbard

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/12/2026

November 10, 2026

**MEMORANDUM ENDORSED**

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Doe et al. v. Indyke et al.*, No. 26-cv-08047-GHW-VF

Dear Judge Woods:

Together with Patterson Belknap Webb & Tyler LLP, we represent Defendants Darren Indyke and Richard Kahn, in their capacities as co-executors of the Estate of Jeffrey Edward Epstein. Pursuant to Paragraph 4(A)(ii) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants submit this letter motion to redact from the public version of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Proceed Anonymously (the "Opposition") information that would reveal the identity of Plaintiff Jane Doe while Plaintiffs' request to litigate this case anonymously is pending. Defendants' proposed redactions are narrowly tailored and limited to a single paragraph of Defendants' brief.

Defendants therefore respectfully request that the Court approve their proposed redactions to the Opposition.

Respectfully submitted,

Daniel H. Weiner

cc: All counsel of record (via ECF)

Application denied without prejudice. On September 17, 2026, the Court referred this case to Judge Figueredo for non-dispositive pretrial motions. Dkt. No. 12. This application falls within the scope of the order of reference. Any renewed application should be directed to Judge Figueredo. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERD.

Dated: November 12, 2026
New York, New York

GREGORY H. WOODS
United States District Judge