MARSH
LAW FIRM

**Gianna N. Elliot, Esq.**
**31 Hudson Yards, Eleventh Floor**
**New York, New York 10001**
**212-372-3030 | giannaelliot@marsh.law**

November 16, 2026

**Via ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

**Re:** ***Doe et al. v. Indyke et al.*, Case No. 1:26-cv-08047-GHW-VF**
**Letter Motion to Redact and Seal**

Dear Magistrate Judge Figueredo:

The Marsh Law Firm PLLC and AWK Survivor Advocate Attorneys jointly represent Plaintiffs Jane Doe and "Amy" in the subject action. Pursuant to Paragraph I(g)(2) of Your Honor's Individual Practices in Civil Cases, Plaintiffs submit this Letter Motion seeking redaction and sealing of certain portions of their Letter Motion papers from the public version (ECF No. 26).

By way of background, on November 12, 2026, Plaintiffs filed their original Letter Motion for an extension of time to submit their reply papers with the accompanying Declaration of Margaret E. Mabie, Esq. (ECF No. 26). Mistakenly, this filing contained personal health information as part of the basis for the requested extension and should have been filed with a request for permission to redact that information and seal the unredacted documents. As such, Plaintiffs contacted the Southern District of New York's ECF Help Desk this morning to request that the filing be temporarily sealed pending final

approval by Your Honor. With this instant request, Plaintiffs are also simultaneously filing redacted versions of the Letter Motion and Declaration.

Plaintiffs' proposed redactions are narrowly tailored and limited to only include the personal health information referenced. Plaintiffs therefore respectfully request that the Court approve their proposed redactions filed contemporaneously herewith and seal ECF No. 26, the Letter Motion and accompanying Declaration.

Thank you for Your Honor's time and attention to this matter.

Respectfully Submitted,

Gianna N. Elliot
Gianna N. Elliot
Jennifer Freeman
Margaret E. Mabie
Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001
(212) 372-3030
giannaelliot@marsh.law
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiffs*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 17, 2026**

The motion to seal is **GRANTED**. Plaintiffs have adequately explained why sealing is necessary to protect personal health information. The Clerk of Court is respectfully directed to close the motions at ECF Nos. 29 and 30.

cc: All Counsel of Record (via ECF)