Hughes Hubbard

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

November 13, 2026

**VIA ECF**

Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

Re: *Doe et al. v. Indyke et al.*, No. 26-cv-08047-GHW-VF

Dear Judge Figueredo:

Together with Patterson Belknap Webb & Tyler LLP, we represent Defendants Darren Indyke and Richard Kahn, in their capacities as co-executors of the Estate of Jeffrey Edward Epstein. On November 10, 2026, Defendants mistakenly submitted to Judge Woods a letter motion to redact from the public version of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Proceed Anonymously (the "Opposition") information that would reveal the identity of Plaintiff Jane Doe while Plaintiffs' request to litigate this case anonymously is pending (Dkt. No. 22). Defendants publicly filed a redacted version of the Opposition (Dkt. No. 23) and filed under seal an unredacted version with proposed redactions highlighted (Dkt. No. 24). On November 12, 2026, Judge Woods denied the letter motion without prejudice and directed Defendants to submit any renewed application to Your Honor (Dkt. No. 25).

Thus, pursuant to Paragraph I(g)(2) of Your Honor's Individual Practices in Civil Cases, Defendants submit this renewed letter motion to redact from the public version of Defendants' Opposition information that would reveal the identity of Plaintiff Jane Doe while Plaintiffs' request to litigate this case anonymously is pending. Defendants' proposed redactions are narrowly tailored and limited to a single paragraph of Defendants' brief.

Defendants therefore respectfully request that the Court approve their proposed redactions to the Opposition.

Respectfully submitted,

Daniel H. Weiner

cc: All counsel of record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 18, 2026**

Defendants' request to seal is **GRANTED**. Defendants have adequately explained why sealing is necessary for their Memorandum of Law in Opposition to Plaintiffs' Motion to Proceed Anonymously. The Clerk of Court is respectfully directed to close the gavel at ECF No. 27.